■ In the Matter of STANLEY PLESENT et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and THOMAS A. DUFFY et al., Respondents.— In a summary proceeding under the Election Law (§ 330, subd. 2) to set aside a primary election for the Democratic party positions of District Leader (male and female) in the Fourth Assembly District in Queens County, and to direct a new election, petitioners appeal from an order of the Supreme Court, Queens County, dated September 15, 1960, made after a nonjury trial, dismissing the petition on the merits at the end of petitioners' case. Order affirmed, without costs. The evidence establishes that the election was not characterized by such frauds or irregularities as to render it impossible to determine who was rightfully elected. Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.

■ FRANCIS J. NICOSIA, Appellant, v. JOCA REALTY CORPORATION et al., Respondents, et al., Defendant.— In an action to compel specific performance by all the defendants of their alleged undertaking to effectuate a lien on certain real property, and for other relief, in which the corporate defendant and the defendant Lazar asserted counterclaims for damages based on plaintiff's alleged fraud, the plaintiff appeals from a judgment of the Supreme Court, Kings County, dated June 25, 1959, which dismissed his complaint on the merits as against said defendants, after a nonjury trial. Judgment affirmed, with costs. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ ORLANDO PORRETTO et al., Copartners Doing Business as B & J CONTRACTING CO., Respondents, v. BETH JEHUDAH OTZAR HALOCHO, Appellant, et al., Defendants.— In an action for the foreclosure of a mechanic's lien on real property owned by defendant Beth Jehudah Otzar Halocho, a religious corporation, for work done and materials furnished in the construction of a synagogue, said corporation appeals, by permission of this court, from so much of an order of the Appellate Term of the Supreme Court, Second Judicial Department, dated December 27, 1960, as affirmed that part of a judgment of the City Court of the City of New York, Queens County, entered March 15, 1960, after a nonjury trial, which is in favor of plaintiffs against said corporation, and which directs foreclosure of plaintiffs' mechanic's lien, dismisses the corporation's counterclaim, and contains other incidental provisions. Order of the Appellate Term, insofar as appealed from, affirmed, without costs. No opinion. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD ALSTON, Appellant.— Appeal by defendant from an order of the County Court, Queens County, dated May 23, 1960, denying, without a hearing, his coram nobis application to vacate a judgment of said court rendered September 22, 1959, convicting him, on his plea of guilty, of feloniously possessing a narcotic drug with intent to sell (Penal Law, § 1751, subd. 2), and sentencing him to serve a term of 7½ to 15 years. The basis of defendant's application is that his plea of guilty was induced by promises or representations regarding the severity of the sentence which would be imposed, allegedly made by the District Attorney to him through his attorney. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.